IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EVANSTON INSURANCE COMPANY, | § § | |
| Plaintiff, | § § | |
| V. | § | CIVIL ACTION NO. 5:17-CV-00652-DAE |
| | § | |
| FRANK WINSTON CRUM INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Evanston Insurance Company and Defendant Frank Winston Crum Insurance Company hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Rule 41 of the Federal Rules of Civil Procedure. Frank Winston Crum Insurance Company is hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 4th day of June 2018.

By: /s/ Saira Siddiqui
RODRIGO GARCIA, JR.
State Bar No. 00793778
dgarcia@thompsoncoe.com
Saira S. Siddiqui
State Bar No: 24093147
ssiddiqui@thompsoncoe.com
One Riverway, Suite 1400
Houston, TX 77056
Telephone: (713) 403-8206
Telecopy: (713) 403-8299

ATTORNEYS FOR PLAINTIFF
EVANSTON INSURANCE COMPANY

By: /s/
STEPHEN E. WALRAVEN
State Bar No. 00793778, DC 057499

swalraven@langleybanack.com
745 East Mulberry, Suite 700
San Antonio, TX 78212
Telephone: (210) 736-6600
Telecopy: (210) 735-6889

ATTORNEYS FOR PLAINTIFF
FRANK WINSTON CRUM INSURANCE
COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on ~~May~~ June 4, 2018, a copy of the foregoing was served on all counsel of record, using the CM/ECF system.

/s/ *Saira Siddiqui*
Saira S. Siddiqui